COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-10-108-CV

IN RE PETROHAWK ENERGY CORPORATION, RELATORS

PETROHAWK PROPERTIES, LP, ONE TEC, LLC, 

AND FLOYD C. WILSON 

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relators’ petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators’ petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  MCCOY, DAUPHINOT, and WALKER, JJ.

DELIVERED:  May 14, 2010

FOOTNOTES
1:
See
 Tex. R. App. P. 
47.4.